## IN RE LEONARD N. ET AL.*
## (AC 21062)

Lavery, C. J., and Landau and Flynn, Js.

Argued March 27—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

## IN RE MOENISHA B. ET AL.*
## (AC 20977)

Landau, Mihalakos and Daly, Js.

Argued March 19—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

## NEW COUNTRY MOTOR CARS, INC. v. CLIFFORD CODDINGTON
## (AC 20741)

Foti, Mihalakos and Daly, Js.

Argued March 30—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.